*Certiorari Granted.   (See also No. 231, supra.)*

No. 121.   UNITED STATES *v.* SULLIVAN, TRADING AS SUL-LIVAN'S PHARMACY.   ▮▮▮▮▮▮   Certiorari granted. *Acting Solicitor General Washington* for the United States.   *Robert M. Arnold* for respondent.   ▮▮▮▮▮